Nash, J.
 

 Whatever error the Judge may have committed in the opinion he expressed as to the insufficiency of the
 
 ca. sa.
 
 produced in evidence, the Court cannot look into it. Among other defences, the defendant pleaded, tha,t the debt recovered by the plaintiffs was paid; and the jury have found that plea to be true, as well as the others. This finding puts the construction on the
 
 ca. sa.
 
 out of the question. The cases of
 
 Morrisey
 
 v.
 
 Bunting,
 
 1 Dev. 3, and
 
 Bullock
 
 v.
 
 Bullock, 3
 
 Dev. 260, are direct authorities. And this we must especially hold, because it appears from the case that the debt was, in fact, paid. For the debt and costs amounted to the sum of $209 36, and upon a
 
 fi. fa.
 
 the sheriff returned the sale of a negro, for $307.
 

 Per Curiam. Judgment affirmed.